1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  Linda Harter, Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   ANDREA S. MOON
4  Certified Student Attorney
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone: (916) 498-5700
6

7
   Attorney for Defendant
8  DALE PARREL

9

10
                     IN THE UNITED STATES DISTRICT COURT
11
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
12

13

14
   UNITED STATES OF AMERICA,        ) Mag. No. 2:11-MJ-270 EFB
15                                  )
                   Plaintiff,       )
16                                  ) STIPULATION AND ORDER TO VACATE
        v.                          ) AND RESET COURT TRIAL DATE
17                                  )
   DALE PARREL,                     )
18                                  ) Date:  October 18, 2011
                   Defendant.       ) Time:  10:00 a.m.
19                                  ) Judge: Hon. Edmund F. Brennan
   _____  )
20

21

22      The United States of America, through DAVID PETERSEN, Special

23 Assistant United States Attorney, together with defendant, DALE PARREL,

24 by counsel LINDA HARTER, Chief Assistant Federal Defender, stipulate to

25 vacate the court trial date set for October 18, 2011 at 10:00 am and

26 reset the court trial date for December 12, 2011 at 10:00 am.  Mr.

27 Parrel has regularly scheduled dialysis treatments on Tuesdays,

28 Thursdays and Saturdays, and as a result, would be unable to make a

```
 1  Tuesday court trial date.
 2
 3  Dated:  September 22, 2011
                                        Respectfully submitted,
 4
                                        DANIEL J. BRODERICK
 5                                      Federal Defender
 6
 7                                      /s/ Linda Harter
                                        LINDA HARTER
 8                                      Assistant Federal Defender
                                        Attorney for Defendant
 9                                      DALE PARREL
10
11  Dated:  September 22, 2011          BENJAMIN B. WAGNER
                                        United States Attorney
12
13                                      /s/ David Petersen
                                        David Petersen
14                                      Special Assistant U.S. Attorney
15
16                       ORDER
17  IT IS SO ORDERED.
18  Dated: September 22, 2011.          [signature]
                                        EDMUND F. BRENNAN
19                                      UNITED STATES MAGISTRATE JUDGE
```