1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  Linda Harter, Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   ANDREA S. MOON
4  Certified Student Attorney
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone: (916) 498-5700


Attorney for Defendant
DALE PARREL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Mag. No. 2:11 MJ 270 EFB |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO VACATE COURT TRIAL AND RESET FOR STATUS CONFERENCE DATE |
| DALE PARREL, | |
| Defendant. | Date: December 12, 2011 |
| | Time: 10:00 a.m. |
| | Judge: Hon. Edmund F. Brennan |

The United States of America, through David Petersen, Special Assistant United States Attorney, together with defendant, Dale Parrel, by counsel Linda Harter, Chief Assistant Federal Defender, stipulate to vacate the court trial set for December 12, 2011 at 10:00 am and reset for a status conference for January 9, 2012 at 2:00 pm.  Mr. Parrel is incapacitated at Florin Convalescent Hospital and the defense is unable

to gather any information as to a potential release date.

Dated: December 7, 2011

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Linda Harter
LINDA HARTER
Assistant Federal Defender
Attorney for Defendant
DALE PARREL

Dated: December 7, 2011

BENJAMIN B. WAGNER
United States Attorney

/s/ David Petersen
David Petersen
Special Assistant U.S. Attorney

ORDER

IT IS SO ORDERED.

Dated: December 7, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [P~~ROPOSED~~] ORDER  -2-