1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  Linda Harter, Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   ANDREA S. MOON
4  Certified Student Attorney
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone: (916) 498-5700
6

7
   Attorney for Defendant
8  DALE PARREL

9

10
                    IN THE UNITED STATES DISTRICT COURT
11
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
12

13

14
   UNITED STATES OF AMERICA,    ) Mag. No. 2:11-mj-270 EFB
15                              )
                    Plaintiff,  )
16                              ) STIPULATION AND ORDER TO VACATE
        v.                      ) CHANGE OF PLEA AND RESET DATE
17                              )
   DALE PARREL,                 )
18                              ) Date:  April 9, 2012
                    Defendant.  ) Time:  10:00 a.m.
19                              ) Judge: Hon. Edmund F. Brennan
   _____)
20
        The United States of America, through David Petersen, Special
21
   Assistant United States Attorney, together with defendant, Dale Parrel,
22
   by counsel Linda Harter, Chief Assistant Federal Defender, stipulate to
23
   vacate the change of plea hearing set for April 9, 2012 at 10:00 a.m.
24
   and reset it for April 23, 2012 at 10:00 a.m..
25
        Mr. Parrel has been very ill and unable to effectively discuss the
26
   Rule 11 colloquy with defense counsel until very recently.  As a
27
   result, his signed Rule 11 colloquy will not be available for the
28

court's review until after April 9.

Dated:   April 6, 2012

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender


                                        /s/ Benjamin D. Galloway
                                        BENJAMIN D. GALLOWAY
                                        Assistant Federal Defender for
                                        LINDA HARTER
                                        Chief Assistant Federal Defender
                                        Attorney for Defendant
                                        DALE PARREL


Dated: April 6, 2012                    BENJAMIN B. WAGNER
                                        United States Attorney


                                        /s/ David Petersen
                                        David Petersen
                                        Special Assistant U.S. Attorney



                                ORDER

IT IS SO ORDERED.

Dated: April 9, 2012.

                                        _____
                                        EDMUND F. BRENNAN
                                        UNITED STATES MAGISTRATE JUDGE