```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  LINDA HARTER, Bar #179741
    Chief Assistant Federal Defender
 3  Designated Counsel for Service
    SHANNON THOMSON
 4  Certified Student Attorney
    801 I Street, 3rd Floor
 5  Sacramento, California 95814
    Telephone: (916) 498-5700
 6

 7
    Attorney for Defendant
 8  DALE PARREL

 9

10
                   IN THE UNITED STATES DISTRICT COURT
11
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
12

13

14
    UNITED STATES OF AMERICA,        ) Mag. No. 2:11-mj-270 EFB
15                                   )
                   Plaintiff,        )
16                                   ) STIPULATION AND ORDER TO CONTINUE
         v.                          ) BENCH TRIAL
17                                   )
    DALE PARREL,                     )
18                                   ) Date:  July 2, 2012
                   Defendant.        ) Time:  10:00 a.m.
19                                   ) Judge: Hon. Edmund F. Brennan
    _____)
20
         The United States of America, through David Petersen, Special
21
    Assistant United States Attorney, together with defendant, Dale Parrel,
22
    by counsel Linda Harter, Chief Assistant Federal Defender, stipulate to
23
    vacate the bench trial set for June 26, 2012 at 10:00 a.m. and reset it
24
    for July 2, 2012 at 10:00 a.m..
25
         Mr. Parrel has dialysis every Tuesday, Thursday and Saturday.  The
26
    parties initially set this matter for a Tuesday and Mr. Parrel will be
27
    unable to attend trial on that date.
28
```

```
1  Dated:  June 22, 2012
                                       Respectfully submitted,
2
                                       DANIEL J. BRODERICK
3                                      Federal Defender

4

5                                      /s/ Linda C. Harter
                                       LINDA C. HARTER
6                                      Chief Assistant Federal Defender
                                       Attorney for Defendant
7                                      DALE PARREL

8

9  Dated: June 22, 2012                BENJAMIN B. WAGNER
                                       United States Attorney
10

11                                     /s/ David Petersen
                                       David Petersen
12                                     Special Assistant U.S. Attorney

13

14                         ORDER

15 IT IS SO ORDERED.

16 Dated: June 25, 2012.

17                                     EDMUND F. BRENNAN
                                       UNITED STATES MAGISTRATE JUDGE
```